**No. 09-1140. Bank of Guam, Petitioner v. United States.**

561 U.S. 1006, 130 S. Ct. 3468, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5086.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 578 F.3d 1318.

■

**No. 09-1146. Yuma Anesthesia Medical Services LLC, Petitioner v. Lester Fleming.**

561 U.S. 1006, 130 S. Ct. 3468, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5068.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 587 F.3d 938.

■

**No. 09-1204. City of Milwaukee Post No. 2874 Veterans of Foreign Wars of the United States, Petitioner v. Redevelopment Authority of the City of Milwaukee.**

561 U.S. 1006, 130 S. Ct. 3493, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5007.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 319 Wis. 2d 553, 768 N.W.2d 749.

■

**No. 09-1245. Shannon C. Horita, Petitioner v. Kauai Island Utility Cooperative.**

561 U.S. 1006, 130 S. Ct. 3469, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5066.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 352 Fed. Appx. 194.

■

**No. 09-1253. Adolfus Giles, Petitioner v. Wal-Mart Distribution Center.**

561 U.S. 1006, 130 S. Ct. 3469, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5078.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 359 Fed. Appx. 91.

**No. 09-1256. John M. Corboy, et al., Petitioners v. Mark J. Bennett, Attorney General of Hawaii, et al.**

561 U.S. 1006, 130 S. Ct. 3469, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5130.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Hawaii denied.

■

**No. 09-1257. Michael Joseph Lessard, et al., Petitioners v. Velsicol Chemical Corporation.**

561 U.S. 1006, 130 S. Ct. 3470, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5128.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.